# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2021

Bridget M. McCormack,
Chief Justice

159450(93)

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LAW OFFICES OF JEFFREY SHERBOW, PC,
  Plaintiff-Appellee,

v

            SC: 159450
            COA: 338997
            Oakland CC: 2015-147488-CB

FIEGER & FIEGER, PC, d/b/a FIEGER, FIEGER,
KENNEY & HARRINGTON, PC,
  Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 30, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____January 12, 2021_____   

                  Clerk